United States District Court

Eastern District of California

Gerald Payne,

    Petitioner,                      No. Civ. S 05-2277 MCE PAN P

  vs.                                  Order

Scott Kernan,

    Respondent.

-oOo-

November 18, 2005, petitioner requested to withdraw the petition for habeas corpus. Since respondent has neither answered the pleading nor moved for summary judgment, the Clerk of the Court is directed to enter plaintiff's dismissal without prejudice. Fed. R. Civ. P. 41(a)(1).

So ordered.

Dated: November 29, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge